# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Reginald Bruce Long,                                        Civil No. 15-cv-3990 (PJS/TNL)

      Plaintiff,

v.                                                          **ORDER**

Minnesota Department of Corrections, *et al.*,

      Defendants.

---

Reginald Bruce Long, #205383, MCF – Lino Lakes, 7525 Fourth Avenue, Lino Lakes, MN 55014, *pro se* plaintiff.

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 22, 2015 (ECF No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:  January 20, 2016                     s/Patrick J. Schiltz
                                                       The Honorable Patrick J. Schiltz
                                                     United States District Court Judge
                                                     for the District of Minnesota